No. 90–7095. CRAGO v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 90–7099. JOHNSON v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 90–7100. MAMMOLITO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–7111. LAWRENCE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–7119. WATSON v. UNITED STATES; and JACKSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 904 F. 2d 702 (first case) and 701 (second case).

No. 90–7129. ALVARADO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–7130. FRONDLE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–7133. CASAL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–7138. GONZALEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7142. SIGGERS v. WITHROW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 90–7150. ROSENBERG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7162. LANDA-VEGA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–7165. McCRAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7166. HOWELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7168. MATHNAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.